**In the Interest of B.J.C. (a Minor), Plaintiff.**

**Forestal LAWTON, Juvenile Officer, Respondent,**

v.

**P.W. (Natural Mother), Appellant.**

**No. WD 43683.**

Missouri Court of Appeals,
Western District.

April 9, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

Laura Higgins Tyler, Kansas City, for appellant.

William R. Jackson, III, Kansas City, for respondent.

Before BERREY, P.J., and GAITAN and ULRICH, JJ.

**530**

ORDER

PER CURIAM:

Direct appeal from a judgment ordering custody of a juvenile to the Division of Family Services.

Judgment affirmed. Rule 84.16(b).